# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | | |
|---|---|---|---|
| MATTHEW CHARLES RAMEY, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 2:20-CV-215-DCLC-CRW |
| SHAWN ROUSE, | ) | | |
| Defendant. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

    **SO ORDERED**.

                          s/Clifton L. Corker
                          United States District Judge

ENTERED AS A JUDGMENT:

*John L. Medearis*
Clerk of Court